UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **NICOLE WATSON,** | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 1:15-cv-124-AJT/JFA |
| | )<br>) |
| v. | )<br>) |
| **GARDA WORLD SECURITY CORPORATION,** *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AGAINST SUBPOENAS ON BLOOM CONSULTING GROUP AND HEATHER ZINDEL

Under Federal Rule of Civil Procedure 26(c), Plaintiff Nicole Watson moves for a protective order regarding the subpoenas issued to Bloom Consulting Group and its CEO, Heather Zindel on June 1, 2015 and July 9, 2015, respectively.

In accordance with Federal Rule of Civil Procedure 26(c)(1) and Local Civil Rule 7(E), Plaintiff's counsel certifies that the parties have met and conferred regarding this motion.

In support of her Motion, Plaintiff attaches hereto a Memorandum of Points and Authorities in Support of the Motion a Proposed Order.

Dated: July 17, 2015

1

Respectfully submitted,

s/ _____
R. Scott Oswald, VA Bar No. 41770
Nicholas Woodfield, VA Bar No. 48938
**THE EMPLOYMENT LAW GROUP, P.C.**
888 17th Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 261-2812
Facsimile: (202) 261-2835
soswald@employmentlawgroup.net
nwoodfield@employmentlawgroup.net

Katherine Kimpel, admitted *pro hac vice*
**SANFORD HEISLER KIMPEL, LLP**
1666 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5202
Facsimile: (202) 499-5119
kkimpel@sanfordheisler.com

***Attorneys for Plaintiff***