**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

_____

| | |
|---|---|
| **NICOLE WATSON,** )  | |
| )  | |
| **Plaintiff,** )  | **Civil Action No. 1:15-cv-124-AJT/JFA** |
| )  | |
| )  | |
| **v.** )  | |
| )  | |
| **GARDA WORLD SECURITY** )  | |
| **CORPORATION,** *et al.*, )  | |
| )  | |
| **Defendants.** )  | |
| _____ )  | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this case, by and through their undersigned counsel, jointly and pursuant to Rule 41(a)(1)(A)(ii), stipulate and agree that all claims pending in this action shall be dismissed with prejudice, each party to pay its own attorneys' fees and costs.

Dated:  August 13, 2015                              Respectfully submitted,

s/  *Nicholas Woodfield, Esq.*                    s/*Jessica T. Travers, Esq.*
R. Scott Oswald (VSB No. 41770)            Joon Hwang (VSB No. 82248)
Nicholas Woodfield (VSB No. 48938)       LITTLER MENDELSON, P.C.
THE EMPLOYMENT LAW GROUP, P.C.      1650 Tysons Blvd., Suite 700
888 17th Street, NW, 9th Floor                McLean, VA  22102
Washington, DC 20006                           (703) 442-8425
(202) 261-2803                                      (703) 442-8428 (facsimile)
(202) 261-2835 (facsimile)                       JHwang@littler.com
soswald@employmentlawgroup.com
nwoodfield@employmentlawgroup.com

Katherine Kimpel (admitted *pro hac vice*)
SANFORD HEISLER KIMPEL, LLP
1666 Connecticut Avenue, NW, Suite 300
Washington, DC 20009
(202) 499-5202
(202) 499-5119 (facsimile)
kkimpel@sanfordheisler.com

*Counsel for Plaintiff*

S. Libby Henninger (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
1150 17th Street, NW, Suite 900
Washington, DC 20036
(202) 842-3400
(202) 842-0011
(facsimile)lhenninger@littler.com

Scott Forman (admitted *pro hac vice*)
Jessica Travers (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
(305) 400-7500
(305) 675-8497 (facsimile)
sforman@littler.com
jtravers@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served by the Court's e-filing service this 13th day of August, 2015 upon the following counsel of record:

Nicholas Woodfield, VA Bar No. 48938
THE EMPLOYMENT LAW GROUP
888 17th Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 261-2812
Facsimile: (202) 261-2835
nwoodfield@employmentlawgroup.net

Katherine Kimpel (admitted *pro hac vice*)
SANFORD HEISLER KIMPEL, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Telephone: (202) 499-5202
Facsimile:  (202) 499-5119
kkimpel@sanfordheisler.com

***Attorneys for Plaintiff***

Joon Hwang, VA Bar No. 82248
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, VA  22102
Telephone: (703) 442-8425
Facsimile:  (703) 442-8428
JHwang@littler.com

S. Libby Henninger (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
1150 17th Street, NW, Suite 900
Washington, DC 20036
Telephone: (202) 842-3400
Facsimile: (202) 842-0011

LHenninger@littler.com

Scott Forman (admitted *pro hac vice*)
Jessica T. Travers (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
Wells Fargo Center

3

333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile:  (305) 675-8497
sforman@littler.com

*Attorneys for Defendants*

s/  *Nicholas Woodfield, Esq.*
Nicholas Woodfield (VSB No. 48938)
THE EMPLOYMENT LAW GROUP, P.C.
888 17th Street, NW, 9th Floor
Washington, DC 20006
(202) 261-2803
(202) 261-2835 (facsimile)
nwoodfield@employmentlawgroup.com